**IN RE: Atle HEDLOY, Appellant**

2015–1893

United States Court of Appeals, Federal Circuit.

June 15, 2016

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, SCOTT C. WEIDENFELLER.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Bryson and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**